### 5159. PETERSON *v.* THE STATE.

RUSSELL, J. 1. Under the rule of strict construction penal statutes can not be extended beyond their precise terms. Under the terms of section 442 of the Penal Code, "to be and appear in an intoxicated condition on any public street or highway" is unlawful only when the intoxication is "made manifest by boisterousness, or by indecent condition or acting, or by vulgar, profane, or unbecoming language, or loud and violent discourse of the person or persons so intoxicated or drunken;" and the law does not provide for the punishment of intoxication upon public streets which is not otherwise manifested than by reckless driving.

2. Reckless driving can not properly be included within that "indecent condition or acting" which the provisions of section 442 of the Penal Code require as one of the evidences of the public intoxication which is punishable by law; and the court erred in overruling the demurrer to the accusation, in which this point was presented.

*Judgment reversed.*

DECIDED OCTOBER 31, 1913.

Accusation of misdemeanor; from city court of Albany—Judge Jones. April 18, 1913.

The accusation charged that the defendant "did  .  .  be and appear in an intoxicated condition on Washington and South streets, public streets and highways in the City of Albany, Georgia, which said drunkenness and intoxication was caused by the excessive use of intoxicating wines, beers, liquors, and opiates, and was made manifest by indecent condition and acting by reckless driving upon said streets and highways by said defendant." The defendant demurred, on the grounds, that the accusation sets forth no crime; that it fails to specify what "indecent condition" is referred to, or wherein it was indecent; and that the terms "reckless driving" are too vague and uncertain to notify the defendant of the acts referred to or intended to be proved. The demurrer was

overruled, the accused was convicted, and the case came to this court on exceptions to overruling of the demurrer and to the refusal of a new trial.

*R. J. Bacon, R. H. Ferrell,* for plaintiff in error.

*J. W. Walters, solicitor,* contra.